IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| A.I.H.K., A MINOR, BY AND THROUGH HIS NATURAL PARENTS AND GUARDIANS, ALVIN KNOX AND CHARRIA AMINA HENDRIX | § § § § § § | PLAINTIFF |
| v. | § § | Civil Action No. 1:13cv322-HSO-RHW |
| HOME DEPOT, U.S.A., INC., *et al.* | § § | DEFENDANTS |

## DEFAULT JUDGMENT

In accordance with the Order entered herewith granting Plaintiff's Amended Motion for Default Judgment [381] and Motion for Monetary Damages and Judgment [382] against Defendant Arcadia Homes, LLC,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, judgment is rendered in favor of the Plaintiff A.I.H.K., a minor, against the Defendant Arcadia Homes, LLC, pursuant to Federal Rule of Civil Procedure 55(b)(2).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff A.I.H.K., a minor, shall recover from Defendant Arcadia Homes, LLC, the amount of $150,000.00, plus costs and post-judgment interest at the current prescribed federal rate pursuant to 28 U.S.C. § 1961, from the date of entry of this Default Judgment until paid in full.

**SO ORDERED AND ADJUDGED** this the 14th day of July, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE